**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| QUENTIN TYLER MIMS on behalf of himself and All Others Similarly Situated | § § § § | |
| vs. | § § | CASE NO. 2:06-CV-206-TJW-CE |
| CARRIER CORPORATION and CARRIER COMMERCIAL REFRIGERATION CORPORATION | § § § | |

## ORDER

The above-titled and numbered civil action was referred to United States Magistrate Judge Chad Everingham pursuant to 28 U.S.C. § 636. The report of the Magistrate Judge (Dkt. No. 167), which contains his recommendation that the court deny the Defendants' motion for judgment on the pleadings as moot (Dkt. No. 142), has been presented for consideration. Neither party filed an objection to the report and recommendation.

The court is of the opinion that the conclusions of the Magistrate Judge are correct. Therefore, the court adopts the report of the United States Magistrate Judge, in its entirety, as the conclusions of this court. Accordingly, it is ORDERED that Defendants' motion for judgment on the pleadings is DENIED as moot.

SIGNED this 14th day of March, 2011.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE